UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jennifer M. Racz, M.D.,                              File No. 21-cv-1132 (ECT/JFD)

    Plaintiff,

v.                                                   **ORDER OF DISMISSAL**

Mayo Clinic,

    Defendant.

---

Based on the stipulation of dismissal with prejudice filed by the parties, ECF No. 170, **IT IS ORDERED** that this action is **DISMISSED** with prejudice and on the merits, and without costs to either party.


Dated:  April 6, 2023                        s/ Eric C. Tostrud
                                             Eric C. Tostrud
                                             United States District Court